**RECEIVED**
CHARLOTTE, N.C.

MAY 16 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:04CV350CH

| | |
|---|---|
| PAMELA JETTON | * |
| | * |
| VERSUS | * |
| | * **FINAL JUDGMENT OF DISMISSAL** |
| PIZZA HUT, INC., PIZZA HUT OF | * **WITH PREJUDICE** |
| AMERICA, INC. TRICON GLOBAL | * |
| RESTAURANTS, INC. d/b/a PIZZA HUT, | * |
| YUM! BRANDS, INC. d/b/a PIZZA HUT and | * |
| AMERICA'S PIZZA COMPANY, L.L.C. | * |
| d/b/a PIZZA HUT | * |

*********************************************************************

CONSIDERING the Unopposed Motion to Dismiss With Prejudice and considering the pleadings and record in the above-captioned lawsuit and finding there good cause for the granting of same:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion to Dismiss With Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all of Pamela Jetton's claims asserted against all named defendants, including America's Pizza Company, L.L.C., be and are hereby dismissed, with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear its own respective costs of these proceedings, including court costs, expenses and attorney's fees.

THUS DONE AND SIGNED on this _18th_ day of _May_, 2005 in Charlotte, North Carolina.

_Carl Horn, III_
UNITED STATES JUDGE